IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HEATHER L. FAMBROUGH, WILLIAM L. FAMBROUGH, <br><br> Plaintiffs, <br><br> v. <br><br> MISSOURI FAMILY SUPPORT DIVISION, <br><br> Defendant. | Case No. 4:19-cv-00218-SRB |

## ORDER TO SHOW CAUSE

On April 17, 2019, the Court granted *pro se* Plaintiffs Heather and William Fambrough's application for leave to file action without payment of fees and directed the Clerk of the Court to send to Plaintiffs appropriate service of process forms for completion and return. The Court ordered, "Within twenty (20) days Plaintiffs shall return the completed summons and service forms to the Clerk's office showing the address where Defendant's officer, managing or general agent, or registered agent may be served in accordance with Federal Rule of Civil Procedure 4(h)." To date, Plaintiffs have not returned the service of process forms.

Accordingly, the Court ORDERS Plaintiffs to file a statement **on or before September 3, 2019**, showing cause why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: August 21, 2019